MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: (702) 678-5070
Facsimile: (702) 878-9995
malarie@armstrongteasdale.com

*Attorneys for Defendant Bluestem Brands, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEKSANDAR OSTOJIC,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; BLUESTEM BRANDS, INC. DBA FINGERHUT,<br><br>Defendants. | Case No.: 2:18-cv-02418-JAD-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT BLUESTEM BRANDS, INC. TO RESPOND TO COMPLAINT**<br><br>(FIRST REQUEST) |

Defendant, Bluestem Brands, Inc. ("Bluestem"), by and through its counsel of record Armstrong Teasdale LLP, and Plaintiff Aleksandar Ostojic ("Plaintiff"), by and through his counsel of record, Law Office of Kevin L. Hernandez, hereby stipulate and agree, subject to this Court's approval, to continue the deadline for Bluestem to answer or otherwise respond to the Complaint filed on December 21, 2018 (ECF No. 1), from January 28, 2019, to February 19, 2019, as Bluestem requires additional time to investigate the allegations in the Complaint and prepare an appropriate response to same. This is the first request to continue this deadline.

Plaintiff filed his Complaint on December 21, 2018. ECF No. 1. Bluestem was served with the Summons and Complaint on or about January 7, 2019. Accordingly, Bluestem's current response deadline is January 28, 2019.

Good cause exists for the short continuance of the deadline for Bluestem to answer or otherwise respond to the Complaint. Bluestem requires additional time to investigate the allegations

in the Complaint so that it may prepare an appropriate response to the same. Plaintiff has agreed to the short continuance. This stipulation is made in good faith and not for purposes of delay or any other improper purpose.

The parties, therefore, stipulate and request that the Court enter an order approving the continuance of Bluestem's deadline to answer or otherwise respond to the Complaint from January 28, 2019, to **February 19, 2019.**

DATED this 24th day of January, 2019.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

By:/s/*Kevin L. Hernandez*
    KEVIN L. HERNANDEZ, ESQ.
    Nevada Bar No. 12594
    8872 S. Eastern Ave., Suite 270
    Las Vegas, Nevada 89123
    Telephone: 702.563.4450
    Facsimile: 702.552.0408
    kevin@kevinhernandezlaw.com

*Attorney for Plaintiff Aleksandar Ostojic*

DATED this 24th day of January, 2019.

**ARMSTRONG TEASDALE LLP**

By:/s/*Michelle D. Alarie*
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169
    Telephone: 702.678.5070
    Facsimile: 702.878.9995
    malarie@armstrongteasdale.com

*Attorneys for Defendant Bluestem Brands, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: January 25, 2019