**ALVERSON TAYLOR & SANDERS**
KURT BONDS
Nevada Bar No. 6228
TREVOR WAITE
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEKSANDAR OSTOJIC,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and BLUESTEM BRANDS, INC. d/b/a FINGERHUT,<br><br>Defendants. | Case No. 2:18-cv-02418-JAD-PAL<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Aleksandar Ostojic ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this second Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint ("Complaint").

On December 21, 2018, Plaintiff filed his Complaint. On December 26, 2018, Trans Union was served with Plaintiff's Complaint.

Subsequently, the Plaintiff and Trans Union stipulated and this Court granted an extension up to and including February 6, 2019, for Trans Union to file its response to Plaintiff's Complaint.

Counsel for Trans Union and Plaintiff have been communicating and need additional time to locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

1   KB/26014

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY, SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Therefore, the Parties agree to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 27, 2019.

Dated this 5th day of February 2019.

**ALVERSON TAYLOR & SANDERS**

/S/ Trevor Waite
Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-700
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/S/ Keven L. Hernandez
Kevin L. Hernandez
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89074
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
kevin@kevinhernandezlaw.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 7th day of February, 2019.

UNITED STATES MAGISTRATE JUDGE