Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEKSANDAR OSTOJIC, an individual;

                Plaintiff;

v.

EQUIFAX INFORMATION SERVICES, LLC,
a foreign limited-liability company; EXPERIAN
INFORMATION SOLUTIONS, INC., a foreign
corporation; TRANS UNION LLC, a foreign
limited-liability company; BLUESTEM
BRANDS, INC. dba FINGERHUT, a foreign
corporation;

                Defendants.

Case No.: 2:18-cv-2418-JAD-PAL

**NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND EQUIFAX
INFORMATION SERVICES, LLC**

    Plaintiff, Aleksandar Ostojic ("Plaintiff"), and Defendant, Equifax Information Services,

LLC ("Equifax") have reached an agreement in principle to resolve this action. Plaintiff and

Equifax anticipate settlement documents will be finalized within the next thirty (30) days.

///
///
///
///
///
///
///
///

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450 FAX: (702) 552-0408

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450 FAX: (702) 552-0408

Therefore, Plaintiff and Equifax request that the Court vacate all pending deadlines and filing requirements as to Equifax in this matter. Plaintiff and Equifax further request that the Court set a deadline thirty (30) days from today for either dismissing this action with prejudice or filing a joint status report regarding settlement.

Dated: March 26, 2019

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: March 26, 2019

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson, Esq.
Nevada Bar No. 12503
3800 Howard Hughes Dr., Suite 500
Las Vegas, Nevada 89169
jthompson@clarkhill.com
***Attorney for Equifax Information Services,
LLC***

    **IT IS ORDERED** that the parties shall have until **April 25, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: March 28, 2019

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EQUIFAX INFORMATION SERVICES, LLC** was electronically served to the following parties:

Kurt R. Bonds, Esq.
Trevor Waite, Esq.
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Attorneys for Trans Union LLC*

Jeremy J. Thompson, Esq.
**CLARK HILL PLLC**
3800 Howard Hughes Dr., Suite 500
Las Vegas, Nevada 89169
jthompson@clarkhill.com
*Attorney for Equifax Information Services, LLC*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Experian Information Solutions, Inc.*

Michelle D. Alarie, Esq.
**ARMSTRONG TEASDALE LLP**
3770 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
malarie@armstrongteasdale.com
*Attorney for Bluestem Brands, Inc.*

Dated: March 26, 2019

*/s/ April Lau* .
An Employee of the Law Office of Kevin L. Hernandez

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450 FAX: (702) 552-0408